Arthur W. GIBSON v. UNITED STATES of
America, United States Maritime Com-
mission, Appellant.

No. 10758.

United States Court of Appeals
Third Circuit.

Argued Dec. 2, 1952.

Decided Dec. 22, 1952.

Thomas E. Byrne, Jr., Philadelphia, Pa.
(Gerald A. Gleeson, U. S. Atty., Springer
H. Moore, Jr., Rowland C. Evans, Jr., Kru-
sen, Evans & Shaw, Philadelphia, Pa., on
the brief), for appellant.

Abraham E. Freedman, Philadelphia, Pa.
(Charles Lakatos, William M. Alper and
Freedman, Landy & Lorry, Philadelphia,
Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and MA-
RIS and HASTIE, Circuit Judges.

PER CURIAM.

A careful examination of the briefs and
the record in this appeal and consideration
of the oral arguments of counsel have con-
vinced us that the court below committed
no error in its decision. We can add noth-
ing to the careful analyses contained in
the findings of fact, in the conclusions of
law, and in the opinion of Judge Kalodner.
See 100 F.Supp. 954. Accordingly the judg-
ment of the court below will be affirmed.

UNITED STATES of America ex rel. Jady
KELLY, Relator-Appellant, v. Walter P.
MARTIN, as Warden of Attica State Pris-
on, Attica, New York, Respondent-Appellee.

No. 120, Docket 22515.

United States Court of Appeals
Second Circuit.

Argued Dec. 1, 1952.

Decided Dec. 5, 1952.

Jady Kelly, pro se.

Nathaniel L. Goldstein, Atty. Gen. of
New York, and Vincent Marsicano, New
York City, for appellee.

Before SWAN, Chief Judge, and
CHASE and CLARK, Circuit Judges.

PER CURIAM.

Judgment discharging writ of habeas
corpus is affirmed on the opinion below,
108 F.Supp. 672.